666

No. 559. POWELL ET AL., RECEIVERS, ET AL. v. LAUGH-TER. October 20, 1941. The motion to substitute is granted and A. B. Laughter, administrator of the estate of John Grant Laughter, deceased, is substituted as the party respondent herein. The petition for writ of certiorari to the Supreme Court of North Carolina is denied. *Mr. Murray Allen* for petitioners. *Mr. Daniel A. Reed* for respondent.

No. 356. OLIVER v. UNITED STATES; and

No. 357. SELLERS v. UNITED STATES. October 20, 1941. Petition for writs of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Hugh B. Woodward* and *C. Ray Smith* for petitioners. *Assistant Solicitor General Fahy* and *Assistant Attorney General Berge* for the United States. Reported below: 121 F. 2d 245.

No. 504. GETZ ET AL. v. TOWN OF BELLEAIR; and

No. 609. TOWN OF BELLEAIR v. GETZ ET AL. October 20, 1941. Petitions for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Giles J. Patterson* for petitioners in No. 504 and respondents in No. 609. *Mr. O. K. Reaves* for respondent in No. 504 and petitioner in No. 609. Reported below: 120 F. 2d 494.

No. 557. HANCOCK OIL Co. v. UNIVERSAL OIL PRODUCTS Co. October 20, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. F. A. Knight* for petitioner. *Messrs. Frederick S. Lyon* and *Leonard S. Lyon* for respondent.